Arron Michael LEWIS,
Plaintiff–Appellant

v.

Charles HOLLADAY, "Doc" Sheriff, Pulaski County Sheriff's Department, Defendant–Appellee

Carl Johnson, M.D., Doctor, Pulaski County Jail, Defendant

Sarah Speer, Registered Nurse, Pulaski County Jail; Scott Hazel, Sergeant, Pulaski County Jail; Vanessa Lowe, Deputy, Transportation, Pulaski County Jail; Jacob Mitchell, Nurse, Medical Staff, Pulaski County Jail; Jeff Allison, Detective, Pulaski County Deputy; Jackson Bennett, Lieutenant, Pulaski County Deputy; Gary Seibel, Detective; Drew Evans, Detective, Pulaski County Jail; Jackman, Deputy, Transportation, Pulaski County Jail; Stuart, Sergeant, Pulaski County Jail; Elliott, Nurse, Intake/Booking, Pulaski County Jail; Kimberly Stowe, Nurse, Intake/Booking, Pulaski County Jail, Defendants–Appellees

No. 16–2202

United States Court of Appeals, Eighth Circuit.

Submitted: November 15, 2016
Filed: November 30, 2016

Chet D. Dunlap, Trumann, AR, for Plaintiff–Appellant.

Arron Michael Lewis, Pro Se.

Samuel Collins Baber, David M. Fuqua, Fuqua & Campbell, Little Rock, AR., for Defendants–Appellees.

Patrick Lee Spivey, Fuqua & Campbell, Little Rock, AR, for Defendants–Appellees Charles Holladay, 'Doc' Sheriff, Pulaski County Sheriff's Department, Sarah Speer, Registered Nurse, Pulaski County Jail, Scott Hazel, Sergeant, Pulaski County Jail, Vanessa Lowe, Deputy, Transportation, Pulaski County Jail, Jacob Mitchell, Nurse, Medical Staff, Pulaski County Jail, Jeff Allison, Detective, Pulaski County Deputy, Gary Seibel, Detective, Drew Evans, Detective, Pulaski County Jail, Kimberly Stowe, Nurse, Intake/Booking, Pulaski County Jail.

David A. Littleton, Anderson & Murphy, Little Rock, AR, for Defendant.

Jamie Huffman Jones, Friday & Eldredge, Little Rock, AR, for Defendant–Appellee Scott Hazel, Sergeant, Pulaski County Jail.

J. Blake Hendrix, Fuqua & Campbell, Little Rock, AR, for Defendants–Appellees Jackson Bennett, Lieutenant, Pulaski County Deputy, Gary Seibel, Detective.

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Arron Michael Lewis appeals, following the entry of final judgment, the district court's[1] order granting summary judgment on certain claims in his 42 U.S.C. § 1983 action. We conclude that, for the reasons the district court stated, summary judgment was warranted. See Cullor v. Baldwin, 830 F.3d 830, 836 (8th Cir. 2016) (de novo review).[2] The judgment of the district court is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

2. We decline to consider the new matters Lewis raises on appeal. See Stone v. Harry, 364 F.3d 912, 914–15 (8th Cir. 2004).